| | |
|---|---|
| 1 | Marion T. Hack, Esq. (State Bar No. 179216) |
| | marion.hack@troutman.com |
| 2 | Luke N. Eaton (State Bar No. 280387) |
| | luke.eaton@troutman.com |
| 3 | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| 4 | 350 South Grand Avenue, Suite 3400 |
| | Los Angeles, CA 90071 |
| 5 | Telephone: 213.928.9800 |
| | Facsimile: 213.928.9850 |
| 6 | |
| 7 | Attorneys for Use-Plaintiff and Plaintiff |
| | CONSOLIDATED ELECTRICAL |
| 8 | DISTRIBUTORS, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, | Case No. **'20CV1614 JLS  LL** |
| Use-Plaintiff and Plaintiff, | **COMPLAINT ON MILLER ACT PAYMENT BOND** |
| v. | |
| SYGNOS, INC., an Arizona corporation; WESTERN SURETY COMPANY, a South Dakota corporation, | |
| Defendants. | |

Use-Plaintiff CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation ("CED"), complains of Defendants as follows:

**JURISDICTION AND VENUE**

The Jurisdiction of this Court is based upon and conferred by 40 U.S.C. § 3131, et seq., the "Miller Act."

This Court is the proper venue for this action, inasmuch as the construction

project described in this Complaint is within the territorial jurisdiction of this Court. Specifically, this action involves a federal public works contract (United States Veterans Affairs Contract) for the construction of certain improvements to VA San Diego Renovate Anatomical Pathology Contract #VA262-16-C-0185, located at 3350 La Jolla Village Drive, San Diego, California, 92161 (the "Project").

**GENERAL ALLEGATIONS**

1. Use-Plaintiff and Plaintiff CED was and is a corporation duly organized and existing under and by virtue of the laws of the State of Delaware, and was and now is qualified to do business in the State of California and the above entitled County.

2. Use-Plaintiff is informed and believes and based thereon alleges that Defendant SYGNOS, INC. ("SYGNOS") is an Arizona corporation doing business as a contractor within the territorial jurisdiction of this Court.

3. Use-Plaintiff is informed and believes and based thereon alleges that Defendant WESTERN SURETY COMPANY ("SURETY") is a South Dakota corporation doing business within the territorial jurisdiction of this Court. SURETY is operating as a surety within the territorial jurisdiction of this Court.

**FIRST COUNT**
**(Miller Act Claim Against All Defendants)**

4. Use-Plaintiff repeats herein by this reference paragraphs 1 through 3, inclusive, with the same force and effect as if said paragraphs were set forth herein in full.

5. Use-Plaintiff is informed and believes and based thereon alleges that within the last three years, Defendant SYGNOS entered into a written agreement with the UNITED STATES OF AMERICA, acting by and through the Department of Veterans Affairs, for the construction of the following public work of

improvement: VA San Diego Renovate Anatomical Pathology Contract #VA262-16-C-0185, located at 3350 La Jolla Village Drive, San Diego, California, 92161 (hereinafter "Prime Contract").  By the terms of the Prime Contract, Defendant SYGNOS agreed to act as a general contractor in connection with the construction of the improvements described in the Prime Contract as the Project.

6.  As part of the agreement between the UNITED STATES OF AMERICA and Defendant SYGNOS, and pursuant to 40 U.S.C. §3131, et seq., Defendant SYGNOS, as principal, and Defendant SURETY, as surety, executed and delivered to the United States of America a Payment Bond, Bond Number Bond No. 929640563 (the "Bond").

7.  By virtue of the Bond, Defendant SYGNOS, as principal, and Defendant SURETY, as surety, bound themselves to UNITED STATES OF AMERICA to assure the payment of all persons supplying labor and materials in the prosecution of the work identified in the Prime Contract.  The Bond was conditioned that if principal shall promptly make payment to all persons supplying labor and materials in the prosecution of the work identified in the Prime Contract and any and all duly authorized modifications thereto, then the obligation is to be void; otherwise to remain in full force and effect.

8.  The Bond was duly accepted by the UNITED STATES OF AMERICA, and upon such acceptance, the Prime Contract was awarded to Defendant SYGNOS.

9.  After the execution of the Prime Contract, SYGNOS asked Use-Plaintiff to furnish certain electrical supplies and related building materials for use in and about the Project.

10.  Pursuant to the request of Defendant SYGNOS, Use-Plaintiff provided materials to SYGNOS for use in the construction of the Project.

11.  The materials furnished to SYGNOS were to be used, and were in fact used and/or consumed, in the construction of the Project.

12. To date, Use-Plaintiff has not received payment for all of the materials supplied to SYGNOS on the Project, and as of August 18, 2020, the principal sum of $78,220.94 was due and payable to Use-Plaintiff for said materials. Said sum represents the reasonable value and agreed purchase price for the materials.

13. Based upon SYGNOS's failure to make payment, Use-Plaintiff made a demand for payment upon all Defendants. Further, Use-Plaintiff provided the ninety (90) day notice required by 40 U.S.C. §3131.

14. To date, Defendants have not made any payments to Use-Plaintiff in response to Use-Plaintiff's demand.

15. By reason of Defendants' failure to make payment to Use-Plaintiff and according to the provisions of the Bond and 40 U.S.C. §3131, et seq., Defendants SYGNOS have become indebted to Use-Plaintiff in the sum of $78,220.94, plus interest from and after December 9, 2019.

16. Use-Plaintiff has complied and performed all conditions required to be performed pursuant to the Bond and the Miller Act.

17. One year has not elapsed from the date on which Use-Plaintiff last furnished materials to the Project and the date of filing this action.

18. As part of the terms and conditions of sale by and between Use-Plaintiff and SYGNOS, SYGNOS agreed to pay Use-Plaintiff's reasonable attorneys' fees if Use-Plaintiff was required to employ attorneys to collect amounts due to Use-Plaintiff. By reason of said Defendants' failure to make payment when due, Use-Plaintiff has been required to retain the undersigned firm of attorneys as attorneys of record to prosecute this action and has incurred, and will continue to incur, reasonable attorneys' fees in connection herewith.

///

///

///

**ON THE FIRST COUNT**

(Against All Defendants)

(1) For the principal sum of $78,220.94, plus interest at the maximum legal rate from and after December 9, 2019;

(2) For reasonable attorney's fees;

(3) For costs of suit and litigation; and

(4) For such other and further relief as the Court deems just and proper.

Dated: August 20, 2020   TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Luke N. Eaton
MARION T. HACK
LUKE N. EATON
Attorneys for Use-Plaintiff and Plaintiff
CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA for the Use and Benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation

### DEFENDANTS
SYGNOS, INC., an Arizona corporation; WESTERN SURETY COMPANY, a South Dakota corporation

**(b)** County of Residence of First Listed Plaintiff: **Sacramento**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Marion T. Hack and Luke N. Eaton
Troutman Pepper Hamilton Sanders LLP, 350 S Grand Avenue, Suite 3400, Los Angeles, CA 90071; (213) 928-9800

Attorneys *(If Known)*
**'20CV1614 JLS  LL**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☒ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S. Code § 3131
Brief description of cause:
Miller Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 78,220.94
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: _____
DOCKET NUMBER: _____

DATE: 08/19/2020
SIGNATURE OF ATTORNEY OF RECORD: /s/ Luke N. Eaton

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.