# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff and Use-Plaintiff,<br><br>v.<br><br>SYGNOS, INC., an Arizona corporation; and WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>　　　　　　Defendants. | Case No.: 20-CV-1614 JLS (LL)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 11) |

Presently before the Court is the Parties' Joint Motion to Dismiss with Prejudice (ECF No. 11). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the action in its entirety, with each Party to bear its own costs and attorney's fees. The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated: December 2, 2020

　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge